393 A.2d 1288

Halsband v. The Union National Bank of Pittsburgh
(et al., Appellant).

Berger v. The Union National Bank of Pittsburgh
(et al., Appellant).

Argued April 12, 1978. David F. Alpern, for appellant; John E. Evans, Jr., and David J. Greenberg, with them Evans, Ivory & Evans, for appellees.

Order affirmed.

393 A.2d 1288

Hartford Insurance Group, Appellant, v. Kassler.

Argued April 11, 1978. John E. Kunz, with him Meyer, Darragh, Buckler, Bebenek & Eck, for appellant; Bernard S. Shire, with him Shire, Bergstein & Caruso, for appellee.

Order affirmed.

HESTER, J., dissented.